# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-000275-CV

**Carnel Denmon, Appellants**

**v.**

**Demetras Michelle Denmon, Appellee**

### FROM THE DISTRICT COURT OF LEE COUNTY, 335TH JUDICIAL DISTRICT
### NO. 14,913, HONORABLE REVA TOWSLEE CORBETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to render judgment, explaining that they have settled their dispute. A copy of the parties' settlement agreement has been filed with the Clerk of this Court, and the agreement includes a statement that "the parties agree that the Court of Appeals shall remand this cause to the 335th Judicial District of Lee County, Texas for entry of a new Final Decree of Divorce in conformity with the terms of this Mediated Settlement Agreement." We grant the parties' motion to the extent that we set aside the district court's judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Vacated and Remanded

Filed:   December 9, 2014